IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CARY PARADIS,

   Petitioner,

    v.

WARDEN JEFFREY KELLER,

   Respondent.

CIVIL ACTION FILE
NO. 1:10-CV-2354-TWT

### ORDER

This is a pro se habeas corpus petition by a federal prisoner. It is before the Court on the Report and Recommendation [Doc. 4] of the Magistrate Judge recommending that the petition be denied. For the reasons set forth in the thorough and well reasoned Report and Recommendation, the Petitioner is not entitled to the relief that he requests. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Petition is DENIED.

SO ORDERED, this 14th day of July, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Paradis\r&r.wpd